AO 455 (Rev. 01/09) Waiver of an Indictment

FILED IN OPEN COURT
ON 9/30/2020
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 5:20-CR-377-1M |
| JESSE JAMES FREEMAN | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 09/30/2020

*Defendant's signature*

*Signature of defendant's attorney*

Diana H. Pereira, Assistant Federal Public Defender
*Printed name of defendant's attorney*

*Judge's signature*

Hon. Richard E. Myers II, U.S. District Court Judge
*Judge's printed name and title*