
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:20-CR-00377-M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | MOTION TO UNSEAL |
| v. | ) | |
| | ) | |
| JESSE JAMES FREEMAN | ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina and the Assistant Attorney General for the Environment and Natural Resources Division, hereby move this Honorable Court for an Order unsealing all documents in the above-referenced matter. In support thereof, the United States represents that the original reasons for sealing the case no longer exist.

Respectfully submitted, this 22 day of April, 2022.

MICHAEL F. EASLEY, JR.
United States Attorney

BY: TOBY LATHAN
Assistant United States Attorney
Criminal Division
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919)-856-4274
Facsimile: (919) 856-4828
E-mail: TLathan@usa.doj.gov
NC Bar No. 35398

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

BY: BANUMATHI RANGARAJAN
Trial Attorney
Environmental Crimes Section
4 Constitution Square
150 M. St., NE, Rm 4.211
Washington, DC 20002
Telephone: (202) 305-0458
Fascimile: (202) 514-8865
Email: banu.rangarajan@usdoj.gov
NC Bar No. 27311

CERTIFICATE OF SERVICE

I Hereby Certify that on this 22 day of April 2022, a true and correct copy of the foregoing was furnished via messenger delivery to counsel for the Defendant, addressed as follows:

Diana Pereira
Assistant Federal Public Defender
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, NC 27601

TOBY LATHAN
Assistant United States Attorney
Criminal Division
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919)-856-4274
Facsimile: (919) 856-4828
E-mail: TLathan@usa.doj.gov
NC Bar No. 35398