UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CR-377-M-1

| UNITED STATES OF AMERICA | ORDER TO SEAL |
|---|---|
| v. | |
| JESSE JAMES FREEMAN | |

On motion of the Defendant, Jesse James Freman, and for good cause shown, it is hereby ORDERED that **DE 42** be sealed until further notice by this Court.

IT IS SO ORDERED.

This _____ day of September 2024.

_____
RICHARD E. MYERS II
Chief United States District Court Judge